## UNITED STATES of America, Plaintiff–Appellee,

v.

## Roy Lee JONES, Defendant–Appellant.

### No. 04–51211
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Roy Lee Jones, Dayton, TX, pro se.

Robert Jackson Herrington, Plano, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

**PER CURIAM:** *

Counsel appointed to represent Roy Lee Jones has filed a motion to withdraw and brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jones has filed a response. Our independent review of the brief, Jones's response, and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Jones's motion for the appointment of new counsel is DENIED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.